No. 03-3774

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

OCT 7 2003

LEONARD GREEN, Clerk

JACK VOLGARES, SR., )
)
Petitioner-Appellant, )
)
v. ) ORDER
)
HAROLD E. CARTER, Warden, )
)
Respondent-Appellee. )
)

03 OCT -8 PM 12:48

FILED
KENNETH J. MURPHY
CLERK

Jack Volgares Sr., an Ohio state prisoner, moves for pauper status and appeals pro se a district court judgment denying his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. This matter is before the court upon an application for a certificate of appealability. Fed. R. App. P. 22(b).

Upon consideration, the application for a certificate of appealability is denied. The motion for pauper status is denied as moot.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROBIN DUNCAN
(513) 564-7036
www.ca6.uscourts.gov

Filed: October 7, 2003

Jack Volgares Sr.
Ross Correctional Institute
#352-622
P.O. Box 7010
Chillicothe, OH 45601

Thelma T. Price
Office of the Attorney General
Corrections Litigation Section
140 E. Town Street
14th Floor
Columbus, OH 43215-6001

RE: 03-3774
Volgares vs. Carter
District Court No. 00-00761

Enclosed is a copy of an order which was entered today in the above-styled case.

Robin Duncan
Case Manager

Enclosure

Certified Copy to:
Honorable S. Arthur Spiegel
Mr. Kenneth J. Murphy