| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  A Price    ☒ Agent  ☐ Addressee | |
| | B. Received by (*Printed Name*)<br>A. PRICE | C. Date of Delivery<br>10-14-03 |
| 1. Article Addressed to:<br>JACK Volgares<br># 352-622<br>Ross Corr. Inst.<br>PO BOX 7010<br>Chillicothe OH<br>45601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | 7002 0860 0006 5229 4445 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-0835 |