F I L E  C O P Y

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: October 28, 2003

Kenneth J. Murphy
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

FILED
KENNETH J. MURPHY
CLERK
03 OCT 29 PH 2:34
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

   RE: 03-3774
       Volgares vs. Carter
       District Court No. 00-00761

Dear Clerk:

   Enclosed please find:

       The CERTIFIED RECORD RETURNED to lower court at the end of
       appellate proceedings. [03-3774] . Volumes included: 4  P1;
       .

   Please acknowledge receipt of the certified record on the attached
copy of this letter and return it to this office.

---

Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy